**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| **TRUEMAIL TECHNOLOGIES, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**GETRESPONSE, INC.,**<br><br>    Defendant. | **Civil Action No. 17-cv-1473-VAC-SRF**<br><br>JURY TRIAL DEMANDED |

**<u>CONSENTED MOTION AND ORDER EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT</u>**

Plaintiff Truemail Technologies, LLC, hereby moves, subject to approval by the Court, that Defendant GetResponse, Inc.'s time to file an Answer or otherwise respond to the Complaint, currently due by November 9, 2017, shall be extended thirty (30) days until and including December 11, 2017, with December 9, 2017 being a Saturday.  Plaintiff and Defendant are currently discussing settlement through Plaintiff Truemail Technologies, LLC's undersigned counsel and Frank A. Mazzeo, Esq., lead trial attorney (motion for admission pro hac vice to be filed) for Defendant GetResponse, Inc.  Defendant GetResponse, Inc. has consented to this motion.

Date: November 3, 2017

                                                                  Respectfully submitted,

                                                                  Farnan LLP

                                                                  <u>/s/ Brian E. Farnan          </u>
                                                                  Brian E. Farnan (Bar No. 4089)
                                                                  919 N. Market St., 12th Floor
                                                                  Wilmington, DE 19801
                                                                  (302) 777-0300 (t)
                                                                  (302) 777-0300 (f)
                                                                  bfarnan@farnanlaw.com

                                                                  *Attorneys for Plaintiff*

Approved and So Ordered this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE