## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEMAIL TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GETRESPONSE, INC., et al.<br><br>    Defendants. | Civil Action No. 17-cv-1473-JFB-SRF<br><br>JURY TRIAL DEMANDED |

### **STIPULATION**

The parties, subject to the Court's approval, hereby agree that the briefing schedule for GetResponse, Inc.'s Motion to Dismiss TrueMail Techonologies, LLC's First Amended Complaint for Failure to State a Claim Upon Which Relief can be Granted Under Fed. R. Civ. P. 12(b)(6) (D.I. 11) is as follows:

    Plaintiff's deadline to respond extended to January 29, 2018, and

    Defendant GetResponse, Inc.'s deadline to reply extended to February 8, 2018.

| | |
|---|---|
| Dated: January 16, 2018 | Respectfully submitted, |
| FARNAN LLP | Rogowski Law LLC |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Fax: (302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff Truemail Technologies, LLC* | /s/ Patricia Smink Rogowski<br>Patricia Smink Rogowski (#2632)<br>501 Silverside Road, Suite 11<br>Silverside Carr Executive Center<br>Wilmington, DE 19809<br>(302) 893-0048 (t)<br>pat@rogowskilaw.com<br><br>*Attorneys for Defendant GetResponse, Inc.* |

So Ordered this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE