IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEMAIL TECHNOLOGIES LLC, <br><br>Plaintiff<br><br>v.<br><br>GETRESPONSE INC.,<br><br>Defendant | C.A. No. 17-1473-JFB-SRF |
| TRUEMAIL TECHNOLOGIES LLC,<br><br>Plaintiffs<br><br>v.<br><br>ICONTACT LLC,<br><br>Defendant | C.A. No. 18-713-JFB-SRF |

## ORDER

At Wilmington this 21st day of May, 2018, having been assigned the above captioned related cases;

IT IS ORDERED that, on or before June 21, 2018, counsel for plaintiff shall inform the court as to whether the need for coordinated discovery and/or *Markman* proceedings is

anticipated as to the above cases and, if so, when a joint scheduling conference might most efficiently be conducted.

_____
Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE